FILED
APR 28 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05-CR-424-GT |
| Plaintiff ) | |
| vs. ) | **ORDER TERMINATING SUPERVISED RELEASE** |
| IDA MORENO, ) | |
| Defendant. ) | |

Upon Application to the Court, by defendant Ida Moreno, by and through her counsel, Richard J. Boesen and **GOOD CAUSE APPEARING**:

**IT IS HEREBY ORDERED** that Defendant Ida Moreno be released from further supervision by the United States Probation office forthwith.

**SO ORDERED.**

DATED: April 28, 2010

_____
HON. GORDON THOMPSON, JR.
United States District Judge